1  James W. Paul (State Bar No. 90133)
   Leonard D. Messinger (State Bar No. 86427)
2  Jennifer L. Webber (State Bar No. 204211)
   FULWIDER PATTON LLP
3  Howard Hughes Center
   6060 Center Drive, Tenth Floor
4  Los Angeles, California 90045
   Telephone: (310) 824-5555
5  Facsimile: (310) 824-9696
   Docketla@fulpat.com
6
   Attorneys for TIERRACAST, INC.
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN JOSE DIVISION**       *E-FILED - 11/9/06*

11 | TIERRACAST, INC., a California          | CASE NO. C 06 4930 RMW(RS)
12 | Corporation,                           |
                                            |
13 |            Plaintiff,                  |
                                            |
14 |     v.                                 | STIPULATED REQUEST TO
                                            | EXTEND CASE MANAGEMENT
15 | EASTERN FINDINGS                       | DEADLINES AND TIME TO
   | CORPORATION, and Does 1 through        | ANSWER COMPLAINT;
16 | 10,                                    | [~~PROPOSED~~] ORDER
                                            |
17 |            Defendants.                 |

18

19

20

21

22

23

24

25

26

27

28

STIP REQUEST TO EXTEND CASE MANAGEMENT DATES AND
TIME TO ANSWER.

1      WHEREAS, Plaintiff TierraCast, Inc., and Defendant Eastern Findings

2  Corporation entered into a stipulation to extend the original time to answer the

3  Complaint to October 16, 2006;

4      WHEREAS, Plaintiff TierraCast, Inc., and Defendant Eastern Findings

5  Corporation entered into a second stipulation to extend the original time to answer

6  the Complaint to October 30, 2006;

7      WHEREAS, the parties through their respective counsel are engaged in good

8  faith discussions to try to amicably resolve this matter and believe settlement in

9  principle has been achieved;

10      WHEREAS, in a telephone conversation with counsel for Defendant, counsel

11  for Plaintiff has agreed to an additional thirty (30) day extension of time for Eastern

12  Findings Corporation to respond to the Complaint;

13      WHEREAS, in a telephone conversation between counsel for Defendant and

14  counsel for Plaintiff, the parties stipulated to extend all case management dates by

15  an additional thirty (30) days;

16      THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through

17  their respective counsel of record that Eastern Findings Corporation shall have up to

18  and including November 29, 2006, to answer, move, or otherwise respond to the

19  Complaint.

20      IT IS FURTHER STIPULATED that all case management deadlines are

21  extended by an additional thirty (30) days;

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

144975.1

1

1    IT IS FURTHER STIPULATED that, in entering into this stipulation, neither

2    party is waiving any other rights and/or remedies and/or objections that it may have

3    under the law, all of which are expressly reserved.

4

5    DATED: October 27, 2006              Respectfully submitted,

6                                          FULWIDER PATTON LLP

7

8

9                                          By: /s/ Jennifer Webber

10                                             James W. Paul
                                               Leonard D. Messinger
11                                             Jennifer L. Webber
                                               Attorneys for TIERRACAST, INC.
12

13

14   DATED: October 27, 2006              Respectfully submitted,

15                                          OBLON, SPIVAK, MCCLELLAND, MAIER
16                                          & NEUSTADT, P.C.

17

18

19                                          By: /s/  Jonathan Hudis

20                                             Jonathan Hudis
                                               Attorneys for
21                                             EASTERN FINDINGS CORPORATION

22

23

24

25

26

27

28

144975.1

1

## [PROPOSED] ORDER

2     The dates for the initial Case Management Conference, the parties selection

3 of ADR method, and deadlines for filing the discovery plan, initial disclosures and

4 case management statement are extended as follows:

5     November 27, 2006 - ADR Certification with Stipulation or Notice for Need

6 of ADR Phone Conference (Local Rule 1608(b)(e)) filed with Court.

7     November 27, 2006 - Last day for parties to confer pursuant to F.R.C.P. Rule

8 26(f) meeting.

9     November 29, 2006 – Defendant to Answer or otherwise respond to

10 Complaint.

11     December 8, 2006 - Last day to file discovery plan and Initial Disclosures,

12 file and serve Case Management Statement.

13     December 18, 2006 - Date of Initial Case Management Conference.

                      15   (rmw)

14

15 **IT IS SO ORDERED.**

16

17     DATED this _9___ day of __November___, 2006.

18

19                    /s/ Ronald M. Whyte
                   _____

20                    The Hon. Ronald M. Whyte
                   United States District Judge

21

22

23

24

25

26

27

28

144975.1