1  James W. Paul (State Bar No. 90133)
   Leonard D. Messinger (State Bar No. 86427)
2  Jennifer L. Webber (State Bar No. 204211)
   FULWIDER PATTON LLP
3  Howard Hughes Center
   6060 Center Drive, Tenth Floor
4  Los Angeles, California 90045
   Telephone: (310) 824-5555
5  Facsimile: (310) 824-9696
   Docketla@fulpat.com
6
   Attorneys for TIERRACAST, INC.          E-FILED ***12/7/06***
7

8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12 | TIERRACAST, INC., a California    | CASE NO. C 06 4930 RMW(RS)
   | Corporation,                      |
13 |                                   |
   |           Plaintiff,              |
14 |                                   | STIPULATED REQUEST TO
   |     v.                            | EXTEND CASE MANAGEMENT
15 |                                   | DEADLINES AND TIME TO
   | EASTERN FINDINGS                  | ANSWER COMPLAINT;
16 | CORPORATION, and Does 1 through   | [PROPOSED] ORDER
   | 10,                               |
17 |                                   |
   |           Defendants.             |
18

19

20

21

22

23

24

25

26

27

28

1     WHEREAS, Plaintiff TierraCast, Inc., and Defendant Eastern Findings
2 Corporation entered into a stipulation to extend the original time to answer the
3 Complaint to October 16, 2006;
4     WHEREAS, Plaintiff TierraCast, Inc., and Defendant Eastern Findings
5 Corporation entered into a second stipulation to extend the original time to answer
6 the Complaint to October 30, 2006;
7     WHEREAS, Plaintiff TierraCast, Inc., and Defendant Eastern Findings
8 Corporation entered into a third stipulation to extend the original time to answer the
9 Complaint to November 29, 2006;
10    WHEREAS, the parties through their respective counsel are engaged in good
11 faith discussions to try to amicably resolve this matter and believe settlement in
12 principle has been achieved;
13    WHEREAS, in correspondence with counsel for Defendant, counsel for
14 Plaintiff has agreed to an additional thirty (30) day extension of time for Eastern
15 Findings Corporation to respond to the Complaint;
16    WHEREAS, in a telephone conversation between counsel for Defendant and
17 counsel for Plaintiff, the parties stipulated to extend all case management dates by
18 an additional thirty (30) days;
19    THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through
20 their respective counsel of record that Eastern Findings Corporation shall have up to
21 and including December 29, 2006, to answer, move, or otherwise respond to the
22 Complaint.
23    IT IS FURTHER STIPULATED that all case management deadlines are
24 extended by an additional thirty (30) days;
25 / / /
26 / / /
27 / / /
28 / / /

1  IT IS FURTHER STIPULATED that, in entering into this stipulation, neither
2  party is waiving any other rights and/or remedies and/or objections that it may have
3  under the law, all of which are expressly reserved.

4

5  DATED: November 27, 2006         Respectfully submitted,

6                                  FULWIDER PATTON LLP
7
8
9                                  By: /s/ Jennifer Webber
10                                     James W. Paul
                                       Leonard D. Messinger
11                                     Jennifer L. Webber
12                                     Attorneys for TIERRACAST, INC.
13

14 DATED: November 27, 2006         Respectfully submitted,
15
16                                  OBLON, SPIVAK, MCCLELLAND, MAIER
                                    & NEUSTADT, P.C.
17
18
19                                  By: /s/ Jonathan Hudis
20                                     Jonathan Hudis
                                       Attorneys for
21                                     EASTERN FINDINGS CORPORATION
22
23
24
25
26
27
28

# [PROPOSED] ORDER

The dates for the initial Case Management Conference, the parties selection of ADR method, and deadlines for filing the discovery plan, initial disclosures and case management statement are extended as follows:

December 27, 2006 - ADR Certification with Stipulation or Notice for Need of ADR Phone Conference (Local Rule 1608(b)(e)) filed with Court.

December 27, 2006 - Last day for parties to confer pursuant to F.R.C.P. Rule 26(f) meeting.

December 29, 2006 – Defendant to Answer or otherwise respond to Complaint.

January 8, 2007 - Last day to file discovery plan and Initial Disclosures, file and serve Case Management Statement.

January ~~18~~ 26, 2007 - Date of Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED this 7th day of December, 2006.

/s/ Ronald M. Whyte

The Hon. Ronald M. Whyte

United States District Judge