UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/19/07*

| | |
|---|---|
| TIERRACAST, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN FINDINGS CORP., a New York Corporation, and Does 1 through 10,<br><br>Defendant. | CASE NO. C 06 4930-RMW-RS<br><br>Assigned to The Hon. Ronald M. Whyte<br><br>[PROPOSED] ORDER OF DISMISSAL |

The parties' settlement agreement requires that Plaintiff, upon Defendant's compliance with certain requirements of the parties' settlement agreement, lodge with this court a request dismissing all claims stated in its complaint. Plaintiffs have filed an application for such a dismissal and the Court determines that there is good cause for the entry of such an order of dismissal.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1. All claims stated in Plaintiffs' complaint are hereby dismissed.
2. Notwithstanding the above dismissal, this Court shall retain jurisdiction for the purpose of interpreting and enforcing the parties' settlement agreement.

DATED: 1/19/07

By: *Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Judge

Presented by:

FULWIDER PATTON LLP
6060 Center Dr., 10th Fl.
Los Angeles, CA 90045

By: *[signature]*
James W. Paul
Attorneys for Plaintiff
TIERRACAST, INC.

153139.1

[PROPOSED] ORDER OF DISMISSAL
Civil Action No. C 06 4930-RMW-RS